NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**DAICEL CORPORATION,**
*Appellant*

**v.**

**CELANESE INTERNATIONAL CORPORATION,**
*Appellee*

———————————

2018-2131

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00166.

———————————

**JUDGMENT**

———————————

EUGENE PEREZ, Birch Stewart Kolasch & Birch, LLP, Falls Church, VA, argued for appellant. Also represented by GERALD MYERS MURPHY, JR.

CHARLES COLLINS-CHASE, Finnegan, Washington, DC, argued for appellee. Also represented by C. COLLETTE CORSER, MICHAEL J. FLIBBERT; JUSTIN LEONARD KRIEGER, Kilpatrick Townsend & Stockton LLP, Denver, CO.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 8, 2019        /s/ Peter R. Marksteiner
Date        Peter R. Marksteiner
       Clerk of Court